KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

ROBERT DAVID REES (CASBN 229441)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-7210
    Fax:  (415) 436-7234
    Email:  robert.rees@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06 0066 MMC |
| Plaintiff, | STIPULATION AND ORDER CONTINUING HEARING DATE AND EXCLUDING TIME BETWEEN JULY 26, 2006 TO AUGUST 30, 2006 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v. | |
| SHAWN RUFFIN, | |
| Defendant. | |

      The parties appeared before the Court on June 21, 2006.  On that date, the Court continued the proceedings to July 26, 2006 because counsel for the defendant, Mark Vermeulen, Esq., had just been appointed to the case and needed time to review the discovery.  This order vacates the July 26, 2006 date and continues the next hearing date to August 30, 2006, and documents an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b) from July 26, 2006 to August 30, 2006.  The Court finds and holds, as follows:

      1.  Defendant agrees that, due to defense counsel Mark Vermeulen, Esq.'s relatively recent appointment to the case, additional time is needed to review the discovery, interview potential witnesses, engage in other pretrial investigation, and to research additional potential motions in the case.  Accordingly, a continuance and speedy trial exclusion is appropriate to

1 | provide effective preparation of counsel and for continuity of counsel.

2. Given these circumstances, the Court finds, with the consent of the defendant, that the ends of justice served by vacating the current status hearing date of July 26, 2006 and continuing it to August 30, 2006, and excluding the period from July 26, 2006 to August 30, 2006 outweigh the best interest of the public and the defendant in a speedy trial.  § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court orders that the period from July 26, 2006 to August 30, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

4. The current status hearing date of July 26, 2006 is hereby vacated.  The parties are ordered to appear before this Court on Wednesday, August 30, 2006 at 2:30PM for a status hearing.

IT IS SO STIPULATED:

DATED: July 25, 2006         _____/s_____
                             MARK VERMEULEN, ESQ.
                             Attorney for Defendant


DATED: July 25, 2006         _____/s_____
                             ROBERT DAVID REES
                             Assistant United States Attorney


IT IS SO ORDERED.


DATED: July 25, 2006         _____
                             HON. MAXINE M. CHESNEY
                             United States District Judge