Mark R. Vermeulen [SBN 115381]
Law Office of Mark R. Vermeulen
755 Florida Street  #4
San Francisco, CA  94110.2044
Phone: 415.824.7533
Fax: 415.824.4833

Attorney for Defendant
SHAWN RUFFIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-06-0066 MMC |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING** |
| SHAWN RUFFIN, | ) | |
| Defendant. | ) | |

This matter is currently on the Court's calendar for February 14, 2007 at 2:30 p.m. for sentencing, following the entry of a plea.  Defendant and the United States, through counsel, jointly request that the Court continue the sentencing hearing for four (4) weeks to March 14, 2007.  This continuance is requested to allow for the gathering of additional records and information regarding the defendant, which are relevant to the drafting of the Presentence Report ("PSR") and the Court's sentencing determination.  Defense counsel has conferred with the Probation Officer assigned to draft the PSR, who concurs with this request.

/ / /

/ / /

/ / /

- 1 -

Therefore, the parties jointly request that the sentencing hearing be continued to March 14, 2007 at 2:30 p.m.

IT IS SO STIPULATED.

Dated: December 14, 2006

Kevin V. Ryan
United States Attorney

 /S/
Robert Rees
Assistant United States Attorneys

Dated: January 3, 2007

 /S/
Mark R. Vermeulen
Attorney for Defendant
SHAWN RUFFIN

**ORDER**

For good cause shown, with the agreement of the parties, and for the reasons stated above,

IT IS HERBY ORDERED that sentencing hearing in this matter shall be continued to March 14, 2007 at 2:30 p.m.

IT IS SO ORDERED.

Dated: January 4, 2007

Maxine M. Chesney
United States District Judge

- 2 -