UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>SHAWN RUFFIN,<br><br>　　Defendant. | No. CR-06-0066 MMC<br><br>[Proposed]<br>**ORDER FILING *SUPPLEMENTAL SENTENCING MEMORANDUM* UNDER SEAL**<br><br>Date: March 14, 2007<br>Time: 2:30 p.m. |

Upon request of Defendant Ruffin, through counsel, and good cause appearing,

**IT IS HEREBY ORDERED** that *Defendant Shawn Ruffin's Supplemental Sentencing Memorandum* shall be filed under seal and shall not be opened except by order of this court upon notice application and upon advance notice being provided to counsel for Mr. Ruffin.

**IT IS SO ORDERED.**

Dated: March _8_, 2007

_____
MAXINE M. CHESNEY
United States District Judge